UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**JOHN A. COLLINS,**

    **Plaintiff,**

v.

**ALLSTATE INSURANCE COMPANY, et al.,**

    **Defendant.**
_____/

Case No. 21-11513

Honorable Denise Page Hood

## ORDER DISMISSING ACTION

On July 21, 2021, Plaintiff filed a Notice of Voluntary Dismissal under Rule 41(a)(1)(A)(i) of the Rules of Civil Procedure.

Accordingly,

IT IS ORDERED that this action is DISMISSED without prejudice pursuant to Rule 41(a)(1) of the Rules of Civil Procedure.

                                              s/Denise Page Hood
                                              DENISE PAGE HOOD
                                              Chief United States District Judge

DATED: July 22, 2021